# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2316
Lower Tribunal No. 2020CA-002532-0000-00

_____

CARLOS GOFFI,

Appellant,

v.

AP FOREST HILLS, LLC and ANCHOR POINT, LLC,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
William D. Sites, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.


Robin F. Hazel, of Hazel Law, P.A., Hollywood, and Thomas Allison, of Thomas C. Allison, P.A., Orlando, for Appellant.

Jamie Billotte Moses, David Cannella, Suzanne E. Gilbert, and Eric C. Reed, of Holland & Knight LLP, Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED